# IN COURT HOURLY WORKSHEET

Case No. _____
Voucher No. _____

| Date | Brief Description | Arraignment and/or Pleas | Bail Hearings | Motion Hearings | Trial | Sentence Hearing | Revocation Hearings | Appeals Court | Other |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| Page Total |  |  |  |  |  |  |  |  |  |
| Grand Total |  |  |  |  |  |  |  |  |  |

Page _____ of _____

# OUT OF COURT HOURLY WORKSHEET

Case No. _____
Voucher No. _____

| Date | Brief Description of Services | Interviews and Conferences | Obtaining and Reviewing Records | Legal Research & Brief Writing | Travel Time | Investigative and other Work |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  | Page Total |  |  |  |  |  |
|  | Grand Total |  |  |  |  |  |

Page _____ of _____

# OTHER EXPENSE WORKSHEET

Case No. _____
Voucher No. _____

| Date | Brief Description | Mileage | Parking | Meals | Lodging | Copying | Toll Charges | Postage | Other |
|------|-------------------|---------|---------|-------|---------|---------|--------------|---------|-------|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  | Page Total |  |  |  |  |  |  |  |  |
|  | Grand Total |  |  |  |  |  |  |  |  |

Page _____ of _____

Case 1:14-cr-00300-UA   Document 6-1   Filed 08/15/14   Page 3 of 3